UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SULPICIO RAMIREZ-PEREZ,
a/k/a SULPICIO PEREZ-RAMIREZ,
a/k/a JUAN SANCHEZ-VAZQUEZ,

        Defendant.
_____/

Case No. 1:05:CR:230

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed November 30, 2005, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Sulpicio Ramirez-Perez' plea of guilty to Count One of the Superseding Information is accepted.  Defendant Sulpicio Ramirez-Perez is adjudicated guilty.

3.    Defendant Sulpicio Ramirez-Perez shall be detained pending sentencing.

4.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report.  See U.S.S.G. Ch. 6.

Dated: December 15, 2005

                              /s/ Gordon J. Quist
                              GORDON J. QUIST
                              UNITED STATES DISTRICT JUDGE